ACCEPTED
15-25-00001-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/27/2025 3:33 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00001-CV

**COURT OF APPEALS
for the
FIFTEENTH DISTRICT OF TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/27/2025 3:33:44 PM
CHRISTOPHER A. PRINE
Clerk

**TUSIMPLE HOLDINGS, INC. nka CREATEAI HOLDINGS INC.,**

*Appellant*,

**v.**

**BOT AUTO TX INC.,**

*Appellee*.

**Appeal from the 11th Judicial District of the Business Court
of Harris County, Texas**
*Honorable Sofia Adrogue, Presiding Judge*

**APPELLEE'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Notice is hereby given that Allison Allman of the law firm Jackson Walker LLP enters her appearance as additional counsel of record on behalf of Appellee Bot Auto TX Inc. ("Appellee"). Pursuant to Rules 6.1 and 6.2 of the Texas Rules of Appellate Procedure, Appellee further designates Joseph A. Fischer, III as lead counsel and Leisa Talbert Peschel and Victoria C. Emery as additional counsel of record. Please serve all future correspondence and documents upon:

Joseph A. Fischer, III, *lead counsel*
tfischer@jw.com
Texas Bar No. 00789292

Leisa Talbert Peschel
lpeschel@jw.com
Texas Bar No. 24060414
Victoria C. Emery
temery@jw.com
Texas Bar No. 24126228
Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, TX  77010
Tel:  (713) 752-4530
Fax:  (713) 308-4130

– and –

Allison Allman
Texas Bar No. 24094023
aallman@jw.com
Jackson Walker LLP
777 Main Street, Suite 2100
Fort Worth, TX 76102
Tel:  (817) 334-7200
Fax:  (817) 334-7290

Appellee respectfully requests that the Court, Clerk, and all counsel of record take notice and direct all future correspondence and documents to the counsel identified above.

Respectfully submitted,

By: */s/ Joseph A. Fisher, III*
Joseph A. Fischer, III, *lead counsel*
tfischer@jw.com
Texas Bar No. 00789292
Leisa Talbert Peschel
lpeschel@jw.com
Texas Bar No. 24060414
Victoria C. Emery
temery@jw.com
Texas Bar No. 24126228
Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, TX 77010
Tel: (713) 752-4530
Fax: (713) 308-4130

– and –

Allison Allman
aallman@jw.com
Texas Bar No. 24094023
777 Main Street, Suite 2100
Jackson Walker LLP
Fort Worth, TX 76102
Tel: (817) 334-7200
Fax: (817) 334-7290

**ATTORNEYS FOR APPELLEE**
**BOT AUTO TX, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2025, a true and correct copy of the foregoing document was served by electronic service on all counsel of record in accordance with the Texas Rules of Appellate Procedure.

*/s/ Allison Allman*
Allison Allman

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Burkholder on behalf of Joseph Fischer
Bar No. 789292
nburkholder@jw.com
Envelope ID: 96647463
Filing Code Description: Other Document
Filing Description: Appellee's Notice of Appearance of Additional Counsel
Status as of 1/27/2025 3:54 PM CST

Associated Case Party: Bot Auto TX Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Leisa Peschel | 24060414 | lpeschel@jw.com | 1/27/2025 3:33:44 PM | SENT |
| Leisa Peschel | 24060414 | lpeschel@jw.com | 1/27/2025 3:33:44 PM | SENT |
| Joseph AFischer, III | | tfischer@jw.com | 1/27/2025 3:33:44 PM | SENT |
| Victoria Emery | 24126228 | temery@jw.com | 1/27/2025 3:33:44 PM | SENT |
| Victoria Emery | 24126228 | temery@jw.com | 1/27/2025 3:33:44 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph Fischer | 789292 | tfischer@jw.com | 1/27/2025 3:33:44 PM | SENT |
| Juana Sauceda | | jsauceda@jw.com | 1/27/2025 3:33:44 PM | SENT |
| Richard Liu | | richard.liu@consultils.com | 1/27/2025 3:33:44 PM | SENT |
| Alli Allman | | aallman@jw.com | 1/27/2025 3:33:44 PM | SENT |
| Nicole Burkholder | | nburkholder@jw.com | 1/27/2025 3:33:44 PM | SENT |

Associated Case Party: TuSimple Holdings, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cliff PRiley | | criley@dykema.com | 1/27/2025 3:33:44 PM | SENT |
| Cliff PRiley | | criley@dykema.com | 1/27/2025 3:33:44 PM | SENT |
| Christopher Kratovil | | ckratovil@dykema.com | 1/27/2025 3:33:44 PM | SENT |
| Christopher Kratovil | | ckratovil@dykema.com | 1/27/2025 3:33:44 PM | SENT |
| Kathy Lowery | | klowery@dykema.com | 1/27/2025 3:33:44 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Burkholder on behalf of Joseph Fischer
Bar No. 789292
nburkholder@jw.com
Envelope ID: 96647463
Filing Code Description: Other Document
Filing Description: Appellee's Notice of Appearance of Additional Counsel
Status as of 1/27/2025 3:54 PM CST

Associated Case Party: TuSimple Holdings, Inc.

| Kathy Lowery | | klowery@dykema.com | 1/27/2025 3:33:44 PM | SENT |
|---|---|---|---|---|
| Kathy Lowery | | klowery@dykema.com | 1/27/2025 3:33:44 PM | SENT |
| Jennifer Schmitt | | jschmitt@dykema.com | 1/27/2025 3:33:44 PM | SENT |
| Isaac Villarreal | | ivillarreal@dykema.com | 1/27/2025 3:33:44 PM | SENT |
| Amanda Gordon | | agordon@dykema.com | 1/27/2025 3:33:44 PM | SENT |
| Sebastian Campos | | scampos@dykema.com | 1/27/2025 3:33:44 PM | SENT |
| Lina Null | | lnull@dykema.com | 1/27/2025 3:33:44 PM | SENT |
| Lina Null | | lnull@dykema.com | 1/27/2025 3:33:44 PM | SENT |
| Amanda Gordon | | agordon@dykema.com | 1/27/2025 3:33:44 PM | SENT |
| Isaac Villarreal | | ivillarreal@dykema.com | 1/27/2025 3:33:44 PM | SENT |
| Jennifer Schmitt | | jschmitt@dykema.com | 1/27/2025 3:33:44 PM | SENT |
| Timothy J.McCarthy | | TMcCarthy@dykema.com | 1/27/2025 3:33:44 PM | SENT |